## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

BRANDON DONALD,

                Plaintiff,

vs.

WALMART,

                Defendant.

**8:16CV201**

**MEMORANDUM AND ORDER**

On January 27, 2017, the court ordered Plaintiff to notify the court in writing of the date on which he received a right-to-sue notice in response to his charge of discrimination, or if he did not file suit within 90 days of his receipt of the right-to-sue notice, that he must show that equitable or exceptional circumstances exist to warrant tolling of the 90-day period. (Filing No. 10) Plaintiff was ordered to do so by February 16, 2017, or face dismissal of this matter. (*Id*.) To date, Plaintiff has filed no response.

IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice. The court will enter Judgment by a separate document.

Dated this 2nd day of March, 2017.

                BY THE COURT:

                s/ *Richard G. Kopf*
                Senior United States District Judge